IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YOU MAP, INC., | ) |
| Plaintiff, | ) ) ) ) |
| v. | ) Civ. No. 20-162-CFC |
| SNAP INC., et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

Plaintiff has filed an objection to the Report and Recommendation issued by the Magistrate Judge on January 12, 2021 (D.I. 29). D.I. 31. The Magistrate Judge recommended that the Court grant Defendants' Motion to Dismiss for failure to state a claim and for lack of personal jurisdiction over Evan Spiegel (D.I. 12) with leave to file an amended complaint within 21 days. D.I. 29 at 26. The Magistrate Judge further recommended that the Court grant Defendants' Request for Judicial Notice (D.I. 14). D.I. 29 at 26.

The Magistrate Judge concluded the Report and Recommendation with this sentence: "The parties are directed to the Court's 'Standing Order for Objections Filed Under Fed. R. Civ. P. 72,' dated October 9, 2013, a copy of which can be found on the Court's website." D.I. 29 at 26. That Standing Order provides in

relevant part that "[a]ny party filing objections with a District Judge to a Magistrate Judge's order, ruling or recommended disposition **must** include, along with the objections, a written statement either certifying that the objections do not raise new legal/factual arguments, or identifying the new arguments and describing the good cause for failing to previously raise the new legal/factual arguments before the Magistrate Judge." STANDING ORDER FOR OBJECTIONS FILED UNDER FED. R. CIV. P. 72 (October 9, 2013) ¶ 5 (emphasis in original).

Plaintiff failed to include this required certification with its objection. Accordingly, the Court will overrule the objection. (It also appears that the objection discusses issues, arguments, and cases not presented to the Magistrate Judge.)[1]

Now therefore, at Wilmington on this First day of February in 2021, it is HEREBY ORDERED that:

1. Plaintiff's objection to the Magistrate Judge's Report and Recommendation (D.I. 31) is OVERRULED;

2. Defendants' motion to dismiss (D.I. 12) is GRANTED without prejudice;

3. Defendants' request for judicial notice (D.I. 14) is GRANTED;

---

[1] The objection was also deficient because it failed to cite any page from the Report and Recommendation, leaving the Court to find for itself in the Report and Recommendation the findings to which Plaintiff objected. Counsel is warned that any further briefing that fails to comply with the Court's orders, including the requirement for pinpoint citations, will be struck.

4. Plaintiff shall have until February 9, 2021 to file an amended complaint.

_____
United States District Judge

3